UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA          CASE NO.: 6:23-cr-81-PGB-DCI

VS.

TROY MITCHELL McGOWAN
_____/

### Defense Counsel's Motion to Appear at Status Conference via Video Conference or Telephonically

Counsel for the Defendant, Troy McGowan, requests this Court allow counsel to appear before the Court for purposes of the Status Conference currently scheduled for September 18, 2023 via video conferencing or telephonically. In support, states:

1. Mr. McGowan has completed his psychosexual evaluation and testing with Dr. Jennifer Sager, the ITM Group, 1208 NW 6th Street, Gainesville, Florida. The evaluation report has been sent via U.S.Mail to AUSA Livanos for his review.

2. It is anticipated that the Government and Defense will hold meaningful discussions about this matter after review by the Government.

3. Defense counsel's principal offices are located in Daytona Beach, Florida. On a good day, it would take Counsel nearly two (2) hours on I-4 to get to the Federal Courthouse in Orlando. The return trip to Volusia County would be much longer given the rush hour traffic. A telephone/video appearance will be much more efficient for defense counsel.

4.      Assistant United States Attorney Terry Livanos does not object to this Motion.

WHEREFORE, defendant respectfully requests this Court grant this requested relief.

          THE LAW OFFICES OF AARON
          DELGADO & ASSOCIATES, PLLC

          __/s/ *Aaron D. Delgado*_____
          AARON D. DELGADO, Esq.,
          Florida Bar No.: 0796271
          227 Seabreeze Blvd.
          Daytona Beach, FL 32118
          Tel:  (386) 255-1400
          Fax: (386) 255-8100
          Attorney for Defendant
          adelgado@communitylawfirm.com

**Certificate of Service (Electronic)**

I HEREBY CERTIFY that on July 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to AUSA, Terry Livanos, Esq., at terry.livanos@USDOJ.gov.

        THE LAW OFFICES OF AARON
        DELGADO & ASSOCIATES, PLLC


        __/s/ *Aaron D. Delgado*_____
        AARON D. DELGADO, Esq.
        Florida Bar No.: 0796271
        227 Seabreeze Blvd.
        Daytona Beach, FL 32118
        Tel: (386) 255-1400
        Fax: (386) 255-8100
        Attorney for Defendant
        adelgado@communitylawfirm.com