# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CLERK'S MINUTES**
**Change of Plea**

**Case Number: 6:23-cr-81-PGB-DCI**

| UNITED STATES OF AMERICA | Government's Counsel: | Terry Basil Livanos |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| Troy Mitchell McGowan | Defense Counsel: | Aaron D. Delgado |
| Defendant. | | |

| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford<br>courtreporterstanford@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | September 26, 2023 | Time: | 2:07 P.M. – 2:36 P.M.<br>29 minutes |

Case called. Appearances taken. Defendant sworn.

Court inquired of defendant and advised of rights, penalties, and elements of offense.

Defendant proffered a plea of Guilty to Count One and Six of the Indictment. The Court accepts the plea and adjudicates the defendant guilty of Count One and Six of the Indictment.

Sentencing is set for December 6, 2023, at 11:00 AM.

The Court orders the probation office to prepare a Presentence Investigation Report.

The defendant is remanded pending sentencing.

Court adjourned.